

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2014

No. 04-14-00028-CV

Carmelita **RILEY** and Anthony Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez and Puig Management and Rentals, LLC,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192-D3
Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellants' motion for extension of time is GRANTED. We ORDER appellants to file their brief on or before September 8, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court